# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARVIN RHODES,**

    **Petitioner,**

  **-v-**                               Case No. 06-MISC-057

**JODINE DEPPISH,**

    **Respondent.**

## DECISION AND ORDER

Marvin Rhodes filed a "Motion to Stay Habeas Corpus Petition Pending Conclusion of State Court Postconviction Proceedings." However, Rhodes has not filed a petition for habeas corpus in federal court. This Court cannot stay a proceeding that does not exist, so Rhodes's motion must be denied.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

Rhodes's "Motion to Stay Habeas Corpus Petition Pending Conclusion of State Court Postconviction Proceedings" (Docket No. 1) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of September, 2006.

                                              **SO ORDERED,**

                                              **s/ Rudolph T. Randa**
                                              **HON. RUDOLPH T. RANDA**
                                              **Chief Judge**